**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| MOHAMMED SABRA, as next friend of Baby M, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL POMPEO, in his official capacity as Secretary of the United States Department of State <br><br> Defendant. |

No. 19-cv-2090 (EGS)

**ORDER**

For the reasons stated in the accompanying Sealed Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 15, is **DENIED**; and it is further

**ORDERED** that Defendant's Sealed Motion for Summary Judgment, ECF No. 18, is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendant's Redacted Motion for Summary Judgment, ECF No. 39, is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the parties shall meet and confer and file under seal a joint submission with proposed redactions to the Sealed Memorandum Opinion, which contains confidential

information filed under seal pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.4(f). *See* Order, ECF No. 6 at 2-4. The sealed joint submission shall be filed by no later than March 27, 2020. After considering the proposed redactions, the Court will issue a public version of the Memorandum Opinion; and it is further

**ORDERED** that the parties shall file a joint status report with a recommendation for further proceedings by no later than April 17, 2020; and it is

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**March 9, 2020**