UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MOHAMMED SABRA, as next friend of Baby M., <br><br> Plaintiff <br> v. <br><br> MICHAEL POMPEO,[1] Secretary, <br> United States Department of State, <br><br> Defendant/Respondent. | Civil Action No. 1:19-02090-EGS |

## NOTICE

With heavy hearts and on behalf of the parents of Baby M., Ponn and Mohammed Sabra, and on behalf of Baby M.'s three sisters and the rest of her family members, counsel for Plaintiffs informs this Court of the recent death of Baby M. in Gaza, Palestine.[2] While the parents of Baby M. continue to assert all of their legal rights as stated throughout the course of this case, pursuing litigation further will no longer serve to benefit the family or Baby M. We ask respect for her grieving family, and in remembering Baby M. we state inna lillahi wa inna ilayhi raji'un.[3]

---

[1] While the case was initiated against Michael Pompeo, the role of Secretary of the Department of State is now filled by Antony J. Blinken, who becomes the proper defendant automatically under Fed. R. Civ. P. 25(d); however, as this is the final filing which Plaintiffs anticipate in this matter, Plaintiffs list the caption as it currently appears on the Court's docket sheet.

[2] Though an infant at the initiation of this litigation, Baby M. reached the age of two shortly before her passing.

[3] Translated to English, this phrase means "To God we belong and to Him we return" and is written in Arabic as follows: إِنَّا لِلَّهِ وَإِنَّا إِلَيْهِ رَاجِعُونَ.

Dated:  September 24, 2021

Respectfully submitted,

By: */s/ Christina A. Jump*
CHRISTINA A. JUMP
D.C. ID No. TX151
Charles D. Swift
D.C. ID No. 987353
Alyssa F. Morrison
D.C. ID No. TX0184
CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA
100 N. Central Expy, Suite 1010
Richardson, TX 75080
T: (972) 914-2507
cjump@clcma.org

*Counsel for Plaintiff Mohammed Sabra, as Next Friend of Baby M.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2021. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Plaintiffs*